UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GEORGE JOHN BYRD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:23-CV-067-DCLC-JEM ) |
| JOHNNY FITZ, | ) ) |
| Respondent. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT ISSUE**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

   s/*LeAnna Wilson*
   CLERK OF COURT